**Order entered February 10, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00640-CR

### QUINCY NATHANIEL JONES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F-1645744-Y**

## ORDER

We **GRANT** appellee's February 7, 2020 motion to extend time to file the accompanying

State's brief, and **ORDER** the brief filed as of today's date.

/s/    DAVID J. SCHENCK
PRESIDING JUSTICE